IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAN REYES BARAHONA<br><br><br>Defendant. | Case No. 1:26-MJ-88 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, William Allen, Jr., being duly sworn, deposed and state:

1.      I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for more than 19 years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2.      My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for ADAN REYES BARAHONA (hereafter referred to as REYES BARAHONA), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was

1

outstanding, in violation of Title 8, United States Code, Section 1326(a). This affidavit is also submitted in support of an arrest warrant.

4.    The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

<u>**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**</u>

5.    On or about July 20, 2025, ICE conducted targeted surveillance for an unrelated individual living in the vicinity of Culemore Court in Falls Church, VA. While there, ICE checked the ownership of a red Toyota Corolla bearing Virginia license plate number TDXxxx8 parked near the targeted address. The results revealed that the vehicle was registered to REYES BARAHONA at 60xx Argyle Drive, Apt. x in Falls Church, Virginia, within the Eastern District of Virginia. Further checks revealed that REYES BARAHONA was issued a Virginia drivers license reflecting the same address the Toyota is registered to along with REYES BARAHONA's exact name, date of birth, and photo.

6.    ICE performed records checks which confirmed that REYES BARAHONA is a native and citizen of Honduras who was removed from the United States on or about October 11, 2018, at or near El Paso, Texas. REYES BARAHONA did not have legal authorization to reenter or remain in the United States.

7.    I also reviewed REYES BARAHONA's immigration file maintained by U.S. Citizenship and Immigration Services. The file contained an executed Immigration Service form I-296, Notice to Alien Ordered Removed/Departure Verification, bearing the photograph,

2

fingerprint, and signature of REYES BARAHONA. The forms showed REYES BARAHONA was removed from the United States on or about October 11, 2018, at or near El Paso, Texas.

8.    REYES BARAHONA's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, REYES BARAHONA has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

9.    I conducted surveillance on October 19, 2025, and multiple other occasions to confirm that the person entering the vehicle matched the photograph of the person on the removal documents in the immigration file.

10.

Va DL Photo issued 03/18/2025



Surveillance Photos 01/29/2026





3

I205 Warrant of Removal Photo



## CONCLUSION

11.    Based on the foregoing, I submit that there is probable cause to believe that on or about July 20, 2025, in Fairfax County, Virginia, within the Eastern District of Virginia, ADAN REYES BARAHONA, an alien who was removed from the United States on or about October 11, 2018, at or near El Paso, Texas was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

WILLIAM J ALLEN JR
Digitally signed by WILLIAM J ALLEN JR
Date: 2026.03.23 10:51:51 -04'00'

William Allen, Jr.
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 24, 2026.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.03.24 15:51:34 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia

4